On respondent Bethel School District No. 52's reconsideration
filed December 18, former opinion filed November 23, 1981,
reconsideration allowed; former opinion (54 Or App 867, 636 P2d 463)
modified and, as modified, adhered to February 2, 1982

HUMPHREYS,
*Petitioner,*
*v.*
BETHEL SCHOOL DISTRICT
NO. 52 et al,
*Respondents.*
(CA A20514)
639 P2d 1297

Joe B. Richards and Luvaas, Cobb, Richards & Fraser,
P. C., Eugene, for petition.

Before Gillette, Presiding Judge, and Roberts and
Young, Judges.

ROBERTS, J.

**ROBERTS, J.**

We granted this petition for review to consider petitioner's contention that footnote 3 in the opinion conflicts with a statement in *N. Clackamas Sch. Dist. v. N. Clackamas Educ. Assn.*, 54 Or App 211, 634 P2d 1348 (1981). Because it could be so interpreted, and because the footnote is not necessary to the opinion, it is deleted.

Petition granted, former opinion modified and, as modified, adhered to.